UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FILED
CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

UNITED STATES OF AMERICA

v.

RUSSEL LEE ORR

CASE NO. 3:15-cr-67-J-39JRK
Cts. 1-8: 18 U.S.C. §§ 2251(d)(1)(A) & (2)(B)
Forfeiture: 18 U.S.C. § 2253

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about March 11, 2015 at 1:28 a.m. in the Middle District of Florida,

RUSSEL LEE ORR,

defendant herein, did knowingly make, print and publish, and cause to be made, printed, and published, a notice and advertisement seeking and offering to receive visual depictions, the production of which visual depictions involve the use of a minor engaging in sexually explicit conduct and which depictions are of such conduct, that is, a notice and advertisement stating, "A few differant… back shot of ass and pussy lips…  One sitting with legs spread   Close up of pussy   And any others u think are sexy….", and such notice and advertisement was transported using a means and facility of interstate commerce, that is, via the internet.

In violation of Title 18, United States Code, Sections 2251(d)(1)(A) and (2)(B), and 2251(e).

## COUNT TWO

On or about March ~~11~~ 13 Jan, 2015 at 10:47:22 p.m., in the Middle District of Florida, (initials)

RUSSEL LEE ORR,

defendant herein, did knowingly make, print and publish, and cause to be made, printed, and published, a notice and advertisement seeking and offering to receive visual depictions, the production of which visual depictions involve the use of a minor engaging in sexually explicit conduct and which depictions are of such conduct, that is, a notice and advertisement stating, "Lol.....I would like to see you all dressed up... Bra and panties.... No bra   No panties   Full body pic of u naked....   Close up of ur pussy....   How's that?", and such notice and advertisement was transported using a means and facility of interstate commerce, that is, via the Internet.

In violation of Title 18, United States Code, Sections 2251(d)(1)(A) and (2)(B), and 2251(e).

## COUNT THREE

On or about March 24, 2015 at 4:51:25 p.m., in the Middle District of Florida,

RUSSEL LEE ORR,

defendant herein, did knowingly make, print and publish, and cause to be made, printed, and published, a notice and advertisement seeking and offering to receive

any visual depiction, the production of which visual depiction involves the use of a minor engaging in sexually explicit conduct and which depiction is of such conduct, that is, a notice and advertisement stating, "Lol... .I wanna see pic of it... Cant wait to... ...touch it   ...lick it   ...feel it   and so on   And be inside it....", and such notice and advertisement was transported using a means and facility of interstate commerce, that is, via the internet.

In violation of Title 18, United States Code, Sections 2251(d)(1)(A) and (2)(B), and 2251(e).

### COUNT FOUR

On or about April 1, 2015 at 12:09:12 p.m., in the Middle District of Florida,

RUSSEL LEE ORR,

defendant herein, did knowingly make, print and publish, and cause to be made, printed, and published, a notice and advertisement seeking and offering to receive visual depictions, the production of which visual depictions involve the use of a minor engaging in sexually explicit conduct and which depictions are of such conduct, that is, a notice and advertisement stating, "I want you to send pics of ur vjj......boobies......and whole body naked picture.....them we can make plans for me to take ut virginity....", and such notice and advertisement was transported using a means and facility of interstate commerce, that is, via the internet.

In violation of Title 18, United States Code, Sections 2251(d)(1)(A) and (2)(B), 2251(e).

## COUNT FIVE

On or about April 15, 2015 at 2:12:10 p.m., in the Middle District of Florida,

RUSSEL LEE ORR,

defendant herein, did knowingly make, print and publish, and cause to be made, printed, and published, a notice and advertisement seeking and offering to receive visual depictions, the production of which visual depictions involve the use of a minor engaging in sexually explicit conduct and which depictions are of such conduct, that is, a notice and advertisement stating, "It would be a full body with face naked picture with you laying on bed or sitting on bed full everything picture I want to see your pretty little face boobs and VJJ that's what people do when they send naughty pictures", and such notice and advertisement was transported using a means and facility of interstate commerce, that is, via the internet.

In violation of Title 18, United States Code, Sections 2251(d)(1)(A) and (2)(B), and 2251(e).

## COUNT SIX

On or about April 18, 2015 at 6:12:16 p.m., in the Middle District of Florida,

RUSSEL LEE ORR,

defendant herein, did knowingly make, print and publish, and cause to be made, printed, and published, a notice and advertisement seeking and offering to receive visual depictions, the production of which visual depictions involve the use of a minor engaging in sexually explicit conduct and which depictions are of such conduct, that is, a notice and advertisement stating, "But I would like to see a few pics of u   One in night clothes u sleep in   One of ur vjj   N   One full body naked pic   So I can see it face and entire body", and such notice and advertisement was transported using a means and facility of interstate and foreign commerce, that is, via the internet.

In violation of Title 18, United States Code, Sections 2251(d)(1)(A) and (2)(B), and 2251(e).

## COUNT SEVEN

On or about April 20, 2015 at 6:44:28 p.m., in the Middle District of Florida,

RUSSEL LEE ORR,

defendant herein, did knowingly make, print and publish, and cause to be made, printed, and published, a notice and advertisement seeking and offering to receive

visual depictions, the production of which visual depictions involve the use of a minor engaging in sexually explicit conduct and which depictions are of such conduct, that is, a notice and advertisement stating, "Ok   Here's what I want   One of u .....full naked front pic ....with face in it—like a selfie mirror shot   One close of ur vjj   One in what you sleep in", and such notice and advertisement was transported using a means and facility of interstate and foreign commerce, that is, via the internet.

In violation of Title 18, United States Code, Sections 2251(d)(1)(A) and (2)(B), and 2251(e).

## COUNT EIGHT

On or about April 20, 2015 at 7:02:19 p.m., in the Middle District of Florida,

RUSSEL LEE ORR,

defendant herein, did knowingly make, print and publish, and cause to be made, printed, and published, a notice and advertisement seeking and offering to receive visual depictions, the production of which visual depictions involve the use of a minor engaging in sexually explicit conduct and which depictions are of such conduct, that is, a notice and advertisement stating, "I just firstly want the full body pic   Close up vjj   Boobs", and such notice and advertisement was transported using a means and facility of interstate and foreign commerce, that is, via the internet.

In violation of Title 18, United States Code, Sections 2251(d)(1)(A) and (2)(B), and 2251(e).

## FORFEITURE

1. The allegations contained in Counts One through Eight of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to the provision of Title 18, United States Code, Section 2253.

2. Pursuant to Title 18, United States Code, Section 2253, upon conviction of an offense in violation of Title 18, United States Code, Sections 2251(d)(1)(A) and (2)(B), the defendant, RUSSEL LEE ORR, shall forfeit to the United States of America, any visual depiction described in section 2251, 2251A, 2252, 2252A, 2252B, and/or 2260 of Chapter 110 of Title 18, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of Chapter 110 of Title 18; any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and any property, real or personal, used or intended to be used to commit or to promote the commission of such offenses or any property traceable to such property.

3. If any of the property described above, as a result of any act or omission of the defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b).

A TRUE BILL,

_____
Foreperson

A. LEE BENTLEY, III
United States Attorney

By: _____
D. RODNEY BROWN
Assistant United States Attorney

By: _____
MAC D. HEAVENER, III
Assistant United States Attorney
Deputy Chief, Jacksonville Division

## UNITED STATES DISTRICT COURT
Middle District of Florida
Jacksonville Division

THE UNITED STATES OF AMERICA

vs.

RUSSEL LEE ORR

### INDICTMENT

Violations:

Cts 1-8:    18 U.S.C. §§ 2251(d)(1)(A) and (2)(B)

A true bill,

_____
Foreperson

Filed in open court this 14th day

of May, 2015

_____
Clerk

Bail $_____

GPO 863 525